IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JONITA TATUM, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:10CV01084 SWW |
| | * |
| CAREER STAFFING SERVICES, INC., | * |
| | * |
| Defendant. | * |

**Order**

Upon the joint motion to dismiss this action with prejudice, stating that this matter has been settled,

IT IS THEREFORE ORDERED that the above-entitled action hereby is dismissed with prejudice.

IT IS SO ORDERED this 26th day of August, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE